# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

KHENN P. KROUCH,

Plaintiff

V.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY
Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 1:11cv01599 DLB

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

　　X   The clerk is directed to file the complaint.

　　X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

ENTER this   22nd   day of   September  ,   2011  .

　　　　　　　　　　　　　　　　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　　　Signature of Judicial Officer

　　　　　　　　　　　　　　　　　　　　　　　Dennis L. Beck, U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　Name and Title of Judicial Officer