1 | BENJAMIN B. WAGNER
United States Attorney
2 | DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
3 | Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
4 | Special Assistant United States Attorney

5 | 160 Spear Street, Suite 800
San Francisco, California 94105
6 | Telephone: (415) 977-8934
Facsimile: (415) 744-0134
7 | E-Mail: shea.bond@ssa.gov

8 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

KHENN P. KROUCH,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

    Defendant.

CIVIL NO. 1:11-cv-01599 DLB

**MOTION FOR EXTENSION OF TIME AND ORDER**

    Defendant, through his attorney undersigned, moves this Court for an Order granting Defendant until July 5, 2012 within which to file his response to Plaintiff's Motion for Summary Judgment (the responsive brief is originally due on June 4, 2012). This Order is sought because the undersigned is mentoring a recently hired attorney for Defendant who needs additional time to respond to Plaintiff's arguments.

    On May 30, 2012, Plaintiff's attorney stated she has no objection to the extension.

///

- 1 - Motion & Order Extending Def's Time

Respectfully submitted,

Dated: May 30, 2012

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Shea Lita Bond*
SHEA LITA BOND
Special Assistant U.S. Attorney

Attorneys for Defendant

Of Counsel:
MATTHEW J. WEINBERG
Assistant Regional Counsel, SBN C.A. 275728
Social Security Administration

## ORDER

IT IS SO ORDERED.

Dated:   **June 1, 2012**           /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE